**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: June 15, 2017**



Charles M. Caldwell
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| **Ronald Lewis Madden,** | | Case No. 17-52333 |
| | : | Chapter 12 |
| Debtor. | : | Judge Caldwell |

### ORDER CONTINUING CONFIRMATION HEARING
### AND HEARING ON MOTION(S) FOR VALUATION

This matter is before the Court on the Debtor's Motion for Continuance of Confirmation Hearing and Hearing on Motion(s) for Valuation. Upon instruction of the Court, the hearing currently scheduled for **July 10, 2017 at 1:00 p.m.** is hereby converted to a Pre-Trial Conference. The Confirmation Hearing and Hearing on Motion(s) for Valuation current scheduled for **July 10, 2017 at 1:00 p.m.** are hereby continued to **August 30, 2017 at 1:00 p.m. as a Pretrial Conference**, in the United States Bankruptcy Court, 170 North High Street, 5th Floor, Judge Caldwell's Chambers, Columbus, Ohio 43215.

IT IS SO ORDERED.

COPIES TO:   All Creditors and Parties in Interest

# # #