# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: : | Case No. 17-52333 |
| Ronald Lewis Madden : | |
| : | Chapter 12 |
| Debtor. : | |
| : | Judge Caldwell |

## WITHDRAWAL OF CREDITOR STATE OF OHIO, BUREAU OF WORKERS' COMPENSATION OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 12 PLAN [DOC. 56]

State of Ohio, Bureau of Workers' Compensation ("BWC"), hereby withdraws its Objection to Confirmation of Debtor's Chapter 12 Plan [Doc. 56].

Respectfully submitted,
Mike DeWine
Attorney General of Ohio

/s/ Erin M. Dooley
Charles A. Mifsud (0070498)
Special Counsel to the Ohio Attorney General
Erin M. Dooley (0089092)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
6305 Emerald Parkway
Dublin, OH 43016
(614) 389-6357 – phone
(614) 389-2294 – fax
erin.dooley@mifsudlaw.com
Attorneys for Creditor State of Ohio,
Department of Taxation

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Objection to Confirmation was served electronically through the Court's ECF system at the email address registered with the Court on the 17th day of August, 2017 upon:

| | |
|---|---|
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, Ohio 43215 | Bethany Hamilton<br>United States Attorney's Office<br>303 Marconi Blvd.<br>Suite 200<br>Columbus, OH 43215 |
| Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085 | Crystal I Zellar<br>Zellar & Zellar, Attorneys at Law, Inc.<br>720 Market St<br>Zanesville, OH 43701 |
| Adam T Barclay<br>58 N. 5th Street<br>Suite 102<br>Zanesville, OH 43701 | Douglas J Segerman<br>Anspach Meeks Ellenberger, LLP<br>175 South Third Street<br>Suite 285<br>Columbus, OH 43215 |

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, on the 17th day of August, 2017 upon:

Ronald Lewis Madden
7999 Norfield Rd
Zanesville, OH 43701

/s/ Erin M. Dooley
Erin M. Dooley (0089092)

2